Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lakim Industries, Inc. _____ v. Linzer Products Corporation _____

No. 13-1225

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____ Pro Se        ✓ As counsel for:   Linzer Products Corporation
                                        Name of party

I am, or the party I represent is (select one):

_____Petitioner    _____Respondent    _____Amicus curiae    _____Cross Appellant

_____Appellant    ✓Appellee    _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

Name: Jeffrey A. Lindenbaum
Law firm: Collen IP
Address: The Holyoke-Manhattan Building, 80 South Highland Avenue
City, State and ZIP: Ossining, NY 10562
Telephone: 914-941-5668
Fax #: 914-941-6091
E-mail address: jlindenbaum@collenip.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 02/27/2004

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    ✓No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

3/22/13
Date

/s/ [signature]
Signature of pro se or counsel

cc: _____

123

UNITED STATES DISTRICT COURT
FOR THE FEDERAL CIRCUIT
CASE NO. 13-1225

LAKIM INDUSTRIES, INC.
    APPELLANT

v.

LINZER PRODUCTS CORPORATION,
    APPELLEE

### **CERTIFICATE OF SERVICE**

I, Jeffrey A. Lindenbaum, hereby certify that on March 22, 2013, I filed a copy of the foregoing document with the Court via its electronic filing system and served a copy on Appellant's counsel of record, Via U.S. Mail and email at the following address:

Robert Berliner, Esq.
Berliner & Associates
31st Floor
555 West 5th Street
Los Angeles, CA 90013
rberliner@berliner-ip.com.

Respectfully submitted,

/s/ Jeffrey A. Lindenbaum
Jeffrey A. Lindenbaum
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668 (tel)
(914) 941-6091 (fax)
jlindenbaum@collenip.com

March 22, 2013