Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Lakim Industries, Inc.　　v. Linzer Products Corporation

No. 13-1225

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Linzer Products Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

AHI Investment, Inc.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Collen IP: Jeffrey A. Lindenbaum, Jenny T. Slocum; Theodora Oringher PC: David Richman

3/22/13
Date

/s/ Jeff L
Signature of counsel

Jeffrey A. Lindenbaum
Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

Case: 13-1225   Document: 15   Page: 2   Filed: 03/22/2013

UNITED STATES DISTRICT COURT
FOR THE FEDERAL CIRCUIT
CASE NO. 13-1225

LAKIM INDUSTRIES, INC.
    APPELLANT

v.

LINZER PRODUCTS CORPORATION,
    APPELLEE

## **CERTIFICATE OF SERVICE**

I, Jeffrey A. Lindenbaum, hereby certify that on March 22, 2013, I filed a copy of the foregoing document with the Court via its electronic filing system and served a copy on Appellant's counsel of record, Via U.S. Mail and email at the following address:

Robert Berliner, Esq.
Berliner & Associates
31st Floor
555 West 5th Street
Los Angeles, CA 90013
rberliner@berliner-ip.com.

Respectfully submitted,

/s/ Jeffrey A. Lindenbaum
Jeffrey A. Lindenbaum
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
(914) 941-5668 (tel)
(914) 941-6091 (fax)
jlindenbaum@collenip.com

March 22, 2013