NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAKIM INDUSTRIES, INC. (doing business as Quali-Tech Manufacturing Company),**
*Plaintiff-Appellant,*

v.

**LINZER PRODUCTS CORPORATION,**
*Defendant-Appellee.*

---

2013-1225, -1375

---

Appeals from the United States District Court for the Central District of California in No. 12-CV-4976, Judge Otis D. Wright, II.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the parties' joint motion to consolidate appeal No. 2013-1225 with appeal No. 2013-1375 for briefing and argument,

IT IS ORDERED THAT:

(1) The motion is granted.

(2)  Appellant's brief is due on or before August 5, 2013.  Appellee should calculate the due date of its brief from the date of filing of Appellant's opening brief.

(3)  The revised official caption is reflected above.

                        FOR THE COURT

                        /s/ Jan Horbaly
                        Jan Horbaly
                        Clerk

s26