# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: June 11, 2013**

Official Caption[1]

2013-1225, -1375

LAKIM INDUSTRIES, INC.
(doing business as Quali-Tech Manufacturing Company),

Plaintiff-Appellant,

v.

LINZER PRODUCTS CORPORATION,

Defendant-Appellee.

Appeals from the United States District Court for the Central District of California in No. 12-CV-4976, Judge Otis D. Wright, II.

Authorized Abbreviated Caption[2]

LAKIM INDUSTRIES, INC. v LINZER PRODUCTS CORPORATION, 2013-1225, -1375

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.